AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Daniel Quevedo-Quiroz<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:23-mj-00035<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 2, 2023  in the county of  Lane  in the
_____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 924(c)(1)(A) | Possession with intent to distribute a controlled substance, fentanyl, and possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Adam Otte.

☐ Continued on the attached sheet.

*By telephone*
Complainant's signature

Adam Otte, Special Agent, DEA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  5  a.m./p.m.

Date:  3/2/2023

*[Judge's signature: Stacie F. Beckerman]*
Judge's signature

City and state:  Portland, Oregon  U.S. Magistrate Judge Stacie F. Beckerman
Printed name and title